UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.  8:04-cr-348-T-24 TGW

STEVEN CATALANO

_____/

## ORDER

This cause comes before the Court on Defendant Catalano's Motion for Relief from Specific Home Detention Conditions (Doc. No. 133) and Motion for Curfew Supervision (Doc. No. 146).  The Government opposes the motions.  (Doc. No. 156).  The Court held a hearing on these motions on May 6, 2005.  For the reasons stated at the hearing, it is ORDERED AND ADJUDGED that:

(1) Defendant Catalano's Motion for Curfew Supervision (Doc. No. 146) is **DENIED**;

(2) Defendant Catalano's Motion for Relief from Specific Home Detention Conditions (Doc. No. 133) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   (a) Defendant Catalano may go to the bank as long as his pretrial services officer knows about it in advance and approves;

   (b) Defendant Catalano may not submit a daily itinerary;

   (c) The Court will not assign Defendant Catalano a second pretrial services officer;

   (d) Defendant Catalano may take his kids to school as long as his pretrial services officer knows about it in advance and approves;

   (e) Defendant Catalano may attend his son's graduation next month and attend a dinner afterwards as long as his pretrial services officer knows about it in advance and approves;

    (f)  The Court will extend the hours that Defendant Catalano may work to 6:00 a.m. to 7:00 p.m.

**DONE AND ORDERED** at Tampa, Florida, this 6<u>th</u> day of May, 2005.

                 */s/ Susan C. Buckley*
                 SUSAN C. BUCKLEW
                 United States District Judge

Copies to:
Counsel of Record
Pretrial Services