UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No.  8:04-cr-348-T-24 TGW

STEVEN CATALANO

_____/


**ORDER**


This case comes before the Court on Defendant Steven Catalano's Rule 36 Motion to Correct an Error in the Record Arising from Oversight or Omission (Doc. 884).  Rule 36, Federal Rules of Criminal Procedure,  provides "After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

In support of his motion, Steven Catalano claims the Court erred it its calculation of the sentencing  guidelines at the time of sentencing and asks the Court to correct this error. The Court sentenced Steven Catalano on March 2, 2007.  The Court calculated and considered the advisory guidelines as well as the 18 U.S.C. section 3553 factors when it imposed sentence and sentenced Steven Catalano to a sentence which it believed to be sufficient but not greater than necessary. Defendant Catalano appealed, and the Eleventh Circuit Court of Appeals affirmed. Since that time Steven Catalano has filed numerous motions asking the Court to reconsider its sentence. Steven Catalano's sentence is a final sentence. The Court calculated the guidelines correctly; there was no clerical error.

The motion is  DENIED.

**It is so Ordered** at Tampa, Florida, this 2nd day of February, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copy: Steven Catalano Pro-se